ELMER A. CURTIS, Respondent, *v.* JOHN N. H. CORNELL, Appellant.

*Curtis* v. *Cornell*, 90 App. Div. 617, affirmed.
(Submitted March 2, 1905; decided March 17, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 11, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*John D. Miller* for appellant.

*James W. Verbeck* and *Horace E. McKnight* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

REED & CARNRICK, Respondent, *v.* FRED WHITE et al., Appellants.

*Reed & Carnrick* v. *White*, 88 App. Div. 618, affirmed.
(Argued March 3, 1905; decided March 17, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 9, 1904, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Julien Scott* for appellants.

*Benjamin N. Cardozo* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.